## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS BAKER,** | **:** | **Civil NO. 1:09-CV-00428** |
| | **:** | |
| **Plaintiff,** | **:** | **(Judge Conner)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **(Magistrate Judge Carlson)** |
| **PPL CORPORATION,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

AND NOW, this 27th day of January, 2011, IT IS HEREBY ORDERED

THAT in response to Defendant's letter dated January 24, 2011 (Doc. 43)

requesting a telephone conference, IT IS HEREBY ORDERED THAT the Court

will convene a telephone conference with the parties on **Monday, February 7,**

**2011, at 11:00 a.m.**  Defendant's counsel shall be responsible for coordinating the

conference call.  Once all parties are on the line, the Court can be reached at (717)

614-4120.


/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge