IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS BAKER,** | : | **CIVIL ACTION NO. 1:09-CV-428** |
|       **Plaintiff** | : | |
| | : | **(Judge Conner)** |
|       v. | : | |
| | : | |
| **PPL CORPORATION,** | : | |
|       **Defendant** | : | |

## **O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

                                                S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge

Dated:       February 23, 2012